```
Court Name: U S DISTRICT COURT - AL/M
Division: 2
Receipt Number: 4602058244
Cashier ID: estrong
Transaction Date: 06/17/2020
Payer Name: PARNELL AND PARNELL P A
-----------------------------------
CIVIL FILING FEE
 For: PARNELL AND PARNELL P A
 Case/Party: D-ALM-2-20-CV-000412-001
 Amount:         $400.00
-----------------------------------
CHECK
 Check/Money Order Num: 002161
 Amt Tendered:   $400.00
-----------------------------------
Total Due:       $400.00
Total Tendered:  $400.00
Change Amt:      $0.00
```

2:20-CV-00412

Canal Insurance Company v. Utility Trailer Manufacturing Company, Inc.